UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS MELVIN HALL,<br><br>Defendant. | Case No.: 09-CR-02701-JM<br><br>**ORDER SEALING APPLICATIONS TO AUTHORIZE EXTRAORDINARY INVESTIGATOR FEES AND TO PERMIT SUBMISSION OF INTERIM BILLING** |

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that the Defendant's ex parte applications for extraordinary fees and interim billing for a private investigator be filed under seal.

Dated: 11/13/09

By: _____
HON. JEFFREY T. MILLER
United States District Judge